DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LEONARD H. SNYDER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-234-DB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: November 27, 2018 |
| LEONARD H. SNYDER, | Time: 10:10 a.m. |
| Defendant. | Judge: Hon. Deborah Barnes |

Plaintiff, United States of America, through its respective counsel, and defendant Leonard H. Snyder, through his counsel of record, stipulate that the status conference now set for November 27, 2018, be continued to December 4, 2018, at 10:10 a.m.

On November 13, 2018, Mr. Snyder was arraigned and the matter was continued to November 27, 2018 to provide defense counsel the time to receive and review discovery, which production has been delayed. Discovery was produced on November 26, 2018; and, defense counsel and his client will need time to review this discovery, to conduct research into potential motions, to conduct investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference now set for November 27, 2018, be continued to December 4, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including December 4. 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order

479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 26, 2018     /s/ DWD for Eric Chang
ERIC CHANG
Special Assistant United States Attorney
Attorney for Plaintiff United States

Dated: November 26, 2018     /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
Leonard H. Snyder

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including January 22, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the November 27, 2018 status conference be continued until December 4, 2018 at 10:00 a.m.

Dated: November 26, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE