UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00234-DB |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| LEONARD SNYDER, | ) | DATE: DECEMBER 4, 2018 |
| Defendant. | ) ) | TIME: 10:00 a.m. JUDGE: Hon. DEBORAH BARNES |
| | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-CR-00234-DB without prejudice is GRANTED.

It is further ordered that the status conference scheduled December 4, 2018, at 10:00 a.m. is vacated.

SO ORDERED.

Dated: December 3, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE